

# Fourth Court of Appeals
## San Antonio, Texas

July 24, 2019

No. 04-19-00480-CV

**IN RE** Claudia **LOPEZ**

Original Mandamus Proceeding[1]

**ORDER**

On July 15, 2019, relator filed a petition for writ of mandamus. After considering the petition, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on July 24, 2019.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of July, 2019.

_____
Keith E. Hottle, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2008-CI-19681, styled *In the Interest of T.H.C., a Minor*, pending in the 288th Judicial District Court, Bexar County, Texas, the Honorable Cynthia Marie Chapa presiding.